UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN BABINSKI, | ) | 1:06-CV-01091 AWI LJO HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #5] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| MELVIN HUNTER, et al., | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Respondents. | ) | TO ENTER JUDGMENT |
| | ) | |

On August 18, 2006, Petitioner filed a petition for writ of habeas corpus in this Court. On October 16, 2006, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DISMISSED for failure to allege grounds cognizable in a habeas action. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within ten (10) days of the date of service of the order. Over ten (10) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The Findings and Recommendation issued October 16, 2006, is ADOPTED IN FULL;

3  2. The petition for writ of habeas corpus is DISMISSED; and

4  3. The Clerk of the Court is DIRECTED to send Petitioner a copy of the standard form for

5  civil right's complaints.

7  IT IS SO ORDERED.

8  **Dated:     December 13, 2006**             **/s/ Anthony W. Ishii**
   0m8i78                                      UNITED STATES DISTRICT JUDGE